BRYAN R. WHITTAKER
Assistant U.S. Attorney
ERIC E. NELSON
Special Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
E-Mail: Bryan.Whittaker@usdoj.gov
       Nelson.Eric@epa.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA



**FILED**

JUL 1 6 2018

Clerk, U.S. District Court
District Of Montana
Helena

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 18-    -BU-DLC |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | **CLEAN WATER ACT – NEGLIGENT DISCHARGE OF POLLUTANTS** |
| NOLAN MICHAEL SCHIMPF, | Title 33 U.S.C. § 1319(c)(1)(A) (Penalty: One year imprisonment, fine between $2,500 and $25,000 per day of violation, and one year supervised release) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

Beginning in or about September 2013 until December 2013, at Bozeman in Gallatin County, in the State and District of Montana, the defendant, NOLAN MICHAEL SCHIMPF, negligently operated and negligently caused to be operated

a source, namely USA Brass Company, Inc. ("USAB"), in violation of a pretreatment standard by discharging pollutants to the City of Bozeman Publicly Owned Treatment Works without authorization, in violation of 33 U.S.C. §§ 1317(d) & 1319(c)(1)(A).

DATED this 16th day of July, 2018.

KURT G. ALME
United States Attorney

BRYAN R. WHITTAKER
Assistant United States Attorney


JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney
Attorneys for Plaintiff