IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NOLAN MICHAEL SCHIMPF, <br><br> Defendant. | CR 18–13–BU–DLC <br><br> ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 9, 2018. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Nolan Michael Schimpf's guilty plea after Schimpf appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of negligent

violation of a pretreatment requirement in violation of 33 U.S.C. § 1391(c)(1) as set forth in the Information.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 11), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Nolan Michael Schimpf's motion to change plea (Doc. 4) is GRANTED and Nolan Michael Schimpf is adjudged guilty as charged in the Information.

DATED this 29th day of August, 2018.

Dana L. Christensen, Chief District Judge
United States District Court